UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES R. DOTY,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**UNUM LIFE INSURANCE COMPANY OF AMERICA,**<br><br>        Defendant. | Case No. 4:24-cv-04829-YGR<br><br>**ORDER TO SHOW CAUSE RE: RULE 25**<br><br>Re: Dkt. No. 56 |

**TO COUNSEL FOR JAMES R. DOTY (DECEASED)**:

You are **HEREBY ORDERED TO SHOW CAUSE** why this action should not be stayed pending resolution of the Rule 25 issue regarding the plaintiff's apparent death. Counsel shall file a written response by no later than Monday, August 4, 2025. Defendant may respond within two days after filing. Briefing on the pending motion to dismiss is stayed pending further order by this Court.

**IT IS SO ORDERED.**

Dated: July 30, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**