**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA ZHDANOVICH-DOTY, | Case No. 4:24-cv-04829-YGR |
| Plaintiff, | The Honorable Robert M. Illman |
| v. | [~~PROPOSED~~] **ORDER REGARDING THE PARTIES' JOINT STATUS LETTER** |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1-10, | |
| Defendants. | |

Judge Illman, having considered the Parties' Joint Status Letter Regarding Plaintiff's compliance with the January 7, 2026, and good cause appearing, hereby ORDERS as follows:

1. The deadline for Plaintiff's compliance with the January 7, 2026 Order is hereby extended to February 18, 2026.

2. The parties shall file a joint status letter regarding the status of Plaintiff's compliance with the January 7, 2026 Order by February 20, 2026.

**IT IS SO ORDERED.**

Dated:  __February 4, 2026__

_____

Robert M. Illman
United States Magistrate Judge

-1-

~~PROPOSED~~ ORDER